IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| RAOUL NEWMAN,<br>     Plaintiff,<br><br>v.<br><br>CLARK PATTERSON<br>ENGINEERS et al.,<br>     Defendant. | :<br>:<br>:<br>:   CIVIL ACTION NO.<br>:   1:14-CV-2491-WBH<br>:<br>:<br>:<br>: |

## ORDER

Plaintiff and Defendant have filed a joint motion, [Doc. 21], seeking this Court's approval of the parties' settlements of this Fair Labor Standards Act case. Pursuant to <u>Lynn's Food Stores, Inc. v. United States</u>, 679 F.2d 1350, 1355 (11th Cir.1982), this Court must scrutinize a proposed FLSA settlement to ensure that it is fair and reasonable. Having so scrutinized, this Court concludes that the settlement is fair and reasonable. Accordingly, the motion, [Doc. 21], is **GRANTED**, and the settlement is **APPROVED**.

**IT IS SO ORDERED**, this 7th day of July, 2015.

_____
WILLIS B. HUNT, JR.
UNITED STATES DISTRICT JUDGE

AO 72A
(Rev.8/82)